■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JESUS MORALES, Appellant.—Judgment, Supreme Court, New York County (Dorothy Cropper, J.), rendered on May 9, 1988, unanimously affirmed. The case is remitted to Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Sullivan, J. P., Carro, Milonas, Kassal and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRYL BABB, Appellant.—Judgment, Supreme Court, New York County (Paul Bookson, J.), rendered on January 21, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sullivan, J. P., Carro, Milonas, Kassal and Ellerin, JJ.